ORD FRM (03/04)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>     v.<br>ANDERSON, Chester Jr.<br>                Defendant(s) | Case No. 10-190 BR<br><br>ORDER GRANTING PERMISSION<br>TO TRAVEL OUT OF STATE |

IT IS ORDERED THAT the defendant be permitted to travel out of state beginning July 26, 2011 and returning August 8, 2011. The defendant is allowed to travel to Texas, Georgia, and Virginia and any additional states while en route to Georgia and Virginia.

IT IS SO ORDERED THIS  14th  day of  July , 2011.

_____
Honorable Anna J. Brown
U.S. District Judge

Submitted by U.S. Pretrial Services